Case 4:23-cv-02939   Document 19   Filed on 03/07/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UPSCALE BUILDERS, INC., | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-02939 |
| PHH MORTGAGE CORPORATION, | § | |
| Defendant. | § | |

## FINAL JUDGMENT

The Court has adopted Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation (Doc. #15) in its entirety. Pursuant to the Court's Order, Defendant is entitled to judgment in its favor. Accordingly, the Court determines that Final Judgment should be entered in this matter and renders this Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Thus, the Court hereby **ORDERS** that Plaintiff's claims are **DISMISSED WITH PREJUDICE.**

**THIS IS A FINAL JUDGMENT.**

MAR 0 7 2025
Date

The Honorable Alfred H. Bennett
United States District Judge